IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCAS NOEL DEFRANTZE,

        Petitioner,                  No. CIV S-08-1984 JAM DAD P

    vs.

JOHN MCGINNESS,

        Respondent.            <u>ORDER</u>

_____/

        Petitioner, currently confined at the Sacramento County Main Jail, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 13, 2008, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

/////

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 13, 2008, are adopted in full;

2. Petitioner's application for a writ of habeas corpus is dismissed for failure to state a cognizable federal claim; and

3. This action is closed.

DATED:    January 14, 2009


                                        /s/ John A. Mendez

                                        UNITED STATES DISTRICT JUDGE


/defr1984.804hc