IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUCAS NOEL DEFRANTZE,

    Petitioner,                    No. CIV S-08-1984 JAM DAD P

    vs.

JOHN MCGINNESS,

    Respondent.               ORDER

                              /

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 15, 2009 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1 court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
2 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3 Petitioner has made a substantial showing of the denial of a constitutional right in
4 the following issue(s) presented in the instant petition:  whether petitioner has stated a cognizable
5 claim for federal habeas relief.

6 Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is
7 issued in the present action.

8 DATED: February 18, 2009

10 /s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  <u>Jennings</u>, 290 F.3d at 1010.